**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO MICHAEL DE CONTRERAS, AN INDIVIDUAL, et al. <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RIALTO, A MUNICIPAL CORPORATION, et al., <br><br> Defendants. | Case No. EDCV 11-01425 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on each of Plaintiffs' federal law claims, and Plaintiffs shall take nothing as to each of Plaintiffs' federal law claims.  Plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE to refiling in state court.  The Court orders that such judgment be entered.

Dated: September 25, 2012

　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge